# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 15, 2013

### NO. 03-12-00291-CV

**Linda Hayes Schoendienst, Appellant**

**v.**

**Robert L. Haug, Vince Wood and Highland Ventures, I, Ltd., Appellees**

**APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD
REVERSED AND REMANDED -- OPINION BY JUSTICE PEMBERTON**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the district court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the district court is reversed, and the cause is remanded for further proceedings. It is **FURTHER** ordered that the appellee pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.